UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: **WICZEK, STEPHEN JOHN**
**WICZEK, DONNA LORRAINE**

Bky No. **10-51280**
Chapter 7

Debtors.

**ORDER AUTHORIZING EXTENSION OF TIME PERIOD IN
WHICH THE TRUSTEE OR THE UNITED STATES TRUSTEE
MAY OBJECT TO THE DEBTOR(S)' DISCHARGE**

This matter came before the Court on a Motion by the Trustee to Extend the Time Period in Which the Trustee or the United States Trustee May Object to the Debtors' Discharge Pursuant to 11 U.S.C. § 727. Appearances, if any, were noted on the record.

Based upon a review of the Motion, the files and pleadings in this case, the arguments of counsel, if any, and upon the entire record of the case;

IT IS HEREBY FOUND AND DETERMINED THAT:

1. The Trustee's Motion to Extend the Time Period in Which to Object to the Debtors' Discharge is granted;

2. The Trustee or the United States Trustee shall have until 2/14/11 to object to the Debtors' discharge pursuant to 11 U.S.C. § 727.

*/e/ Gregory F. Kishel*
_____
Gregory F. Kishel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/02/2010*
Lori Vosejpka, Clerk, by AMM