UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: **WICZEK, STEPHEN JOHN**
**WICZEK, DONNA LORRAINE**

Chapter 7
Bky Case No. 10-51280

Debtors.

## APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

1. Applicant is the trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the trustee in carrying out the trustee's duties as follows: represent the estate in connection with preference transfer avoidance litigation, fraudulent transfer avoidance litigation, conducting a Rule 2004 examination, filing and prosecuting a complaint to deny discharge, and with respect to other related litigation, if necessary.

3. Paul G. Zerby, Jr., of Zerby Law Firm, P.C., is qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $250.00 per hour plus expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtors, creditors, any other party-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee: NONE

6. The trustee has made the following efforts to recover the asset prior to submitting this Application: N/A.

WHEREFORE, Applicant requests that the Court approve such employment by the trustee.

Dated: January 11, 2011

*/e/ Terri A. Running*
Terri A. Running, Trustee
Trustee in Bankruptcy
P.O. Box 583454
Minneapolis, MN 55458

(612) 279-2660
(612) 279-2666 *Facsimile*

**MN-252 Application for Approval of Employment of Attorney**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: *WICZEK, STEPHEN JOHN*
*WICZEK, DONNA LORRAINE*

Chapter 7
Bky Case No. 10-51280

Debtors.

**VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)**

I, Paul G. Zerby, Jr., of Zerby Law Firm, P.C., the professional named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. § 327.

2. I do not have any connections to the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the offices of the United States Trustee, except for the following: NONE

Dated: January 11, 2011

Paul G. Zerby, Jr. (213949)
Zerby Law Firm, P.C.
125 Main Street SE, Suite 339
Minneapolis, MN 55414

(612) 279-2658

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:   *WICZEK, STEPHEN JOHN*
         *WICZEK, DONNA LORRAINE*

                                            Chapter 7
                                            Bkr Case No. 10-51280

               Debtors.

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

I, Terri A. Running, declare that on the date indicated below, I served the following:

   (1) Application for approval of employment of attorney;
   (2) Verified statement pursuant to Federal Rule 2014(a);
   (3) Unsworn declaration for proof of service; and
   (4) Proposed order.

upon each of the entities named below, by electronic service or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at St. Paul, Minnesota, addressed to each of them as follows:

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN  55415

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

And I declare under penalty of perjury that the foregoing is true and correct.

Date:   January 11, 2011
                                            */e/ Terri A. Running*

**MN-252 Application for Approval of Employment of Attorney**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re: *WICZEK, STEPHEN JOHN*
*WICZEK, DONNA LORRAINE*

Chapter 7
Buy Case No. 10-51280

Debtors.

**ORDER**

The trustee's application to approve her employment of Zerby Law Firm, P.C., as her attorney came before the court. Based on the application, the recommendation of the United States Trustee and United States Code § 327,

IT IS ORDERED: The employment is approved

Dated:

_____
Gregory F. Kishel
United States Bankruptcy Judge

**MN-252 Application for Approval of Employment of Attorney**