# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:  BKY No. 10-51280
 Chapter 7

Stephen John and Donna Lorraine Wiczek,

        Debtors.

---

### APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

---

1. Applicant is the Trustee in this case.

2. Applicant believes that the employment of an attorney is necessary to represent or assist the Trustee in carrying out the Trustee's duties as follows: represent the Trustee in the adversary proceeding of *Terri A. Running vs. Wiczek, et al. (Adv. No. 11-5006)*. Applicant will substitute as counsel for the Trustee's current counsel.

3. Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402 are qualified by reason of practice and experience to render such representation or assistance.

4. Proposed compensation and reimbursement of expenses is as follows: $190-$395 per hour plus expenses.

5. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Terri A. Running is the Trustee in this case; (b) the Firm represents the Trustee and other panel trustees in unrelated matters and (c) Brian Leonard of LOSGS is a panel trustee. Further, the Firm has represented creditor Textron Financial Corporation in the past in matters unrelated to this proceeding.

6. The Trustee has made the following efforts to recover the asset prior to submitting this Application: conducted Section 341 meeting, reviewed Debtors' records and commenced an adversary proceeding against Debtors.

Wherefore, applicant requests that the Court approve such employment by the Trustee.

Dated: March 10, 2011          */e/ Terri A. Running*
        Terri A. Running, Trustee
        Trustee in Bankruptcy
        P.O. Box 583454

Minneapolis, MN 55458

(612) 279-2660
(612) 279-2666 *Facsimile*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                              BKY No. 10-51280
                                                    Chapter 7
Stephen John and Donna Lorraine Wiczek,

         Debtors.

### VERIFIED STATEMENT PURSUANT TO FEDERAL RULE 2014(a)

I, Matthew R. Burton and Leonard, O'Brien, Spencer, Gale & Sayre, Ltd., 100 South Fifth Street, Suite 2500, Minneapolis, MN 55402 named in the application for employment on behalf of the above named bankruptcy estate, declare under penalty of perjury the following:

1. I do not hold or represent any interest adverse to the estate and am disinterested as required by 11 U.S.C. §327.

2. Said professional has disclosed to the undersigned that he has the following connections with the debtor(s), creditors, or any other party-in-interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee: None, except (a) Terri A. Running is the Trustee in this case; (b) the Firm represents the Trustee and other panel trustees in unrelated matters and (c) Brian Leonard of LOSGS is a panel trustee. Further, the Firm has represented creditor Textron Financial Corporation in the past in matters unrelated to this proceeding.

                            LEONARD, O'BRIEN
                            SPENCER, GALE & SAYRE, LTD.

Dated: March 9, 2011        By: _____
                            Matthew R. Burton, #210018
                            100 South Fifth Street, Suite 2500
                            Minneapolis, MN 55402
                            (612) 332-1030

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:  BKY No. 10-51280
 Chapter 7
Stephen John and Donna Lorraine Wiczek,

      Debtors.

## UNSWORN DECLARATION FOR PROOF OF SERVICE

I, Terri A. Running, declare that on the date indicated below, I served the following:

    (1) Application for approval of employment of attorney;
    (2) Verified statement pursuant to Federal Rule 2014(a);
    (3) Unsworn declaration for proof of service; and
    (4) Proposed order.

upon each of the entities named below, by electronic service or by mailing to each of them a copy thereof by enclosing same in an envelope with first class mail postage prepaid, and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

United States Trustee
1015 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

GE Money Bank
c/o Recovery Management Systems Corp.
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
Attn: Ramesh Singh

Profinium Financial, Inc.
c/o Nauni Jo Manty
Michelle K. Dove
Jacqueline D. Kuiper
Many & Associates, P.A.
510 1st Ave N. Suite 305
Minneapolis, MN 55403

And I declare under penalty of perjury that the foregoing is true and correct.

Date:    March 10, 2011

                                          */e/ Terri A. Running*
                                          Terri A. Running

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                                       BKY No. 10-51280

                                                                                                                                                                                   Chapter 7

Stephen John and Donna Lorraine Wiczek,

                Debtors.

---

**ORDER**

---

      The trustee's application to approve her employment of Leonard, O'Brien, Spencer, Gale & Sayre, Ltd. as her attorneys came before the court.

      Based on the application, the recommendation of the United States Trustee and 11 U.S.C. §327,

      IT IS ORDERED: the employment is approved.

Dated: _____                                             _____

                                                                                                    Gregory F. Kishel
                                                                                                    Chief United States Bankruptcy Judge

435635